IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ROGER S. ARRONE, | : | |
| Petitioner, | : | Case No. 3:07cv00460 |
| vs. | : | District Judge Timothy S. Black |
| STATE OF OHIO, | : | Magistrate Judge Sharon L. Ovington |
| Respondent. | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #10), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no Objections have been filed thereto and that the time for filing such Objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on September 30, 2010 (Doc. #10) is **ADOPTED** in full;

2. Roger S. Arrone's Petition for a Writ of Habeas Corpus (Doc. #3) is DENIED and DISMISSED;

3. A certificate of appealability under 28 U.S.C. §2253(c) is DENIED; and

4. The case is terminated on the docket of this Court.

_Timothy S. Black_
Timothy S. Black
United States District Judge